

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00144-CV

IN THE INTEREST OF E.L. AND
C.L., CHILDREN

------------

FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 231-565616-14

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Joint Motion to Reverse Without Reference to the Merits and Remand for Proceedings in Accordance with the Parties' Settlement Agreement." Because the parties have settled all matters in the appeal, it is the court's opinion that the motion should be granted. We therefore reverse the trial court's judgment without reference to the merits and

---

[1]See Tex. R. App. P. 47.4.

remand to the trial court for entry of judgment consistent with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2).

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: October 1, 2015